*E-Filed 4/23/10*

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID M. PAXTON (CASBN 266940)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5040
   Facsimile:  (408) 535-5066
   Email: david.paxton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 10-00210-RS |
|    Plaintiff, ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 20, 2010 TO MAY 18, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|    v. ) | |
| JUAN ALBERTO OROZCO-LUJAN, ) | |
|    Defendant. ) ) | |

     On April 20, 2010, the parties appeared for a hearing before this Court. At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials submitted by the government and the need to jointly negotiate a resolution in this matter. At that time, the Court set the matter for a hearing on May 18, 2010.

     The parties stipulate that the time between April 20, 2010 and May 18, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

1

1  ends of justice served by granting the requested continuance outweigh the best interest of the
2  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3  U.S.C. §3161(h)(8)(A).
4
5  DATED: April 22, 2010                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
6
7                                            ___/s/_____
                                             DAVID M. PAXTON
8                                            Assistant United States Attorney
9
10                                           ___/s/_____
                                             MANUEL ARAUJO
11                                           Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **<u>ORDER</u>**

2    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the time between April 20, 2010 and May 18, 2010, is excluded under the Speedy
4 Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance
5 would unreasonably deny defense counsel reasonable time necessary for effective preparation,
6 taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of
7 justice served by granting the requested continuance outweigh the best interest of the public and
8 the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court
9 therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

10

11 IT IS SO ORDERED.

12 DATED:    4/22/10                                   _____
                                                        RICHARD SEEBORG
13                                                      UNITED STATES DISTRICT JUDGE