1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant OROZCO-LUJAN

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11 | UNITED STATES OF AMERICA,     )  No.  No. CR 10-00210-DLJ
                                   )
12 |        Plaintiff,              )  **ORDER** CONTINUING DEFENDANT'S
                                   )  MOTION TO DISMISS  HEARING TO
13 | vs.                            )  SEPTEMBER 28, 2010 AT 11:00AM
                                   )
14 | JUAN OROZCO-LUJAN,             )
                                   )
15 |        Defendants.             )
   |_____)

16

17     Good cause appearing and by stipulation of the parties in the above-captioned matter, it is

18 hereby ordered that the hearing on the **defendant's motion to dismiss** shall be continued from

19 September 7, 2010 to September 28, 2010, **at 11:00 a.m.**, and further ordered that the period of

20 delay from time from September 7, 2010 through and including September 28, 2010, is excluded

21 for purposes of  Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

22 SO ORDERED.

23 Dated: September 2 , 2010

24                                          _____
                                            HONORABLE, D. Lowell  Jensen
25                                          United States District  Judge

26

ORDER CONTINUING HEARING
No. CR 10-00210-DLJ                    1