1 BARRY J. PORTMAN
Federal Public Defender
2 MANUEL U. ARAUJO
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 Telephone:  (408) 291-7753

5 Counsel for Defendant OROZCO-LUJAN

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

10

| 11 | UNITED STATES OF AMERICA, | ) | No.  No. CR 10-00210-DLJ |
|---|---|---|---|
| 12 | Plaintiff, | ) ) | **ORDER** CONTINUING DEFENDANT'S STATUS HEARING TO SEPTEMBER 28, |
| 13 | vs. | ) ) | 2010 AT 9:00AM |
| 14 | JUAN OROZCO-LUJAN, | ) ) | |
| 15 | Defendants. | ) ) | |
| 16 | | ) | |

17    Good cause appearing and by stipulation of the parties in the above-captioned matter, it is

18 hereby ordered that the status hearing  shall be continued from September 7, 2010 to September

19 28, 2010, **at 9:00 a.m.**, and further ordered that the period of delay from time from September 7,

20 2010 through and including September 28, 2010, is excluded for purposes of  Title 18, United

21 States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

22 SO ORDERED.

23 Dated: September 2 , 2010

24                                                                 _____

25                                HONORABLE, D. Lowell  Jensen
                                  United States District  Judge

26

ORDER CONTINUING HEARING
No. CR 10-00210-DLJ                    1